Kevin M. Hall
4626 17th St.
San Francisco, CA 94117
(408) 368-9019
kevinmichaelhall@gmail.com


FILED
2010 SEP -9 P 12: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KEVIN M. HALL, an individual,

Plaintiff,

v.

CARLOS A. GARCIA, in his official capacity as Superintendent of the San Francisco Unified School District,

Defendant.

Case No.: C 10-03799 EMC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9th, 2010, the following documents were served to SFUSD's Legal Department via hand delivery at 555 Franklin St., 3rd Floor, San Francisco, CA 94102, attorney for Defendant Carlos A. Garcia:

1. Motion to E-File
2. ECF Registration Information Handout
3. Declination to proceed before a magistrate judge and request for reassignment to a United Stated District Judge
4. Notice of assignment of case to a United States Magistrate Judge for trial
5. Order Setting Initial Case Management Conference and ADR deadlines
6. Standing Order for civil practice in cases assigned for all purposes to Magistrate Judge Edward M. Chen
7. Standing order for all Judges of the Northern District of California

Respectfully submitted,

Kevin M. Hall
*/s/ Kevin M. Hall*

Kevin M. Hall
4626 17th St.
San Francisco, CA 94117
(408) 368-9019
**kevinmichaelhall@gmail.com**