| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF<br>Kevin M. Hall | | COURT CASE NUMBER<br>CV10 3799 EMC | |
| DEFENDANT<br>Carlos A. Garcia | | TYPE OF PROCESS<br>Summons - Civil | |
| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Carlos A. Garcia, Superintendent | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | | |
| AT | 555 Franklin St., 3rd Floor, San Francisco, CA 94102 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | Number of process to be served with this Form - 285 | 1 |
| Kevin M. Hall<br>4626 17th St.<br>San Francisco, CA 94117 | | Number of parties to be served in this case | 1 |
| | | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 408 368 9019
DATE: 8/26/2010

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 8/26/10

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Denise Berndt office Manager
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8.31.10  Time: 10:10 am
Signature of U.S. Marshal or Deputy #3042

Service Fee: 55.00

REMARKS:
Personally serv- to Denise Berndt
Office manager

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)