Kevin M. Hall
4626 17th St.
San Francisco, CA 94117
(408) 368-9019
kevinmichaelhall@gmail.com

FILED
2010 SEP -9 P 12: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEVIN M. HALL**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS A. GARCIA**, in his official capacity as Superintendent of the San Francisco Unified School District,<br><br>Defendant. | Case No.: C 10-03799 EMC<br><br>**MOTION TO E-FILE** ; ORDER |

The Plaintiff, Kevin M. Hall, hereby moves the Court to grant permission to e-file.

Respectfully submitted,

Kevin M. Hall

*/s/ Kevin M. Hall*

Kevin M. Hall
4626 17th St.
San Francisco, CA 94117
(408) 368-9019
kevinmichaelhall@gmail.com

IT IS SO ORDERED that Plaintiff may e-file and shall contact ECF Help Desk at (866) 638-7829 to set up ECF e-filing account.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen