**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED\* TO:**

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Kevin M. Hall**
4626 17th Street
San Francisco, CA 94117

DATED: 9/14/10                    /s/ Chambers Staff
                                                   Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

**United States District Court**
For the Northern District of California