**Kevin M. Hall**
**4626 17th St.**
**San Francisco, CA 94117**
**(408) 368-9019**
**kevinmichaelhall@gmail.com**

**FILED**

2010 SEP 22 A 8: 59

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**KEVIN M. HALL**, an individual,

  Plaintiff,

v.

**CARLOS A. GARCIA**, in his official
capacity as Superintendent of the
San Francisco Unified School
District,

  Defendant.

Case No.: CV 10-03799  RS

**MOTION FOR DEFAULT**
**JUDGMENT**

The Plaintiff, Kevin M. Hall, hereby moves the Court to enter judgment by

default against Defendant Carlos A. Garcia.

In support thereof, Plaintiff avers as follows:

On August 31, 2010 Denise Berndt, office manager of San Francisco

Unified School District (SFUSD), where Defendant is known to work as the

Superintendent of SFUSD, was served with a copy of the Summons and

Complaint. A copy of the Notice of Service is attached as Exhibit A.

Defendant Carlos A. Garcia is a private citizen sued in his official capacity

and has 21 days to respond to a Summons and Complaint. To date more than 21

days have passed with no response from Defendant, either in the form of an Answer or Motion to Dismiss.

Defendant is therefore in default in this action.

WHEREFORE, Plaintiff prays this Honorable Court grant him judgment by default against Defendant and provide the following relief sought in the Complaint:

1. A declaratory judgment stating that the Defendant's denial of an exemption to California Penal Code 626.9 is unconstitutional and violates Plaintiff's right to keep and bear arms as guaranteed by the Second and Fourteenth Amendments to the United States Constitution;

2. An order requiring Defendant to grant Plaintiff an exemption to California Penal Code 626.9;

3. An order requiring Defendant to reimburse Plaintiff's reasonable costs of $405, receipts documenting costs are attached as Exhibits B & C.

Respectfully submitted,

Kevin M. Hall

Date: 9/21/2010

Kevin M. Hall
4626 17th St.
San Francisco, CA 94117
(408) 368-9019
**kevinmichaelhall@gmail.com**

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Exhibit A

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin M. Hall | CV10 3799 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Curtis A. Garcia | Summons - Civil |

**SERVE** ➡ {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Curtis A. Garcia, Superintendent

**AT** { ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

355 Franklin St., 3rd Flr, San Francisco, CA 94102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin M. Hall
3126 17th St.
San Francisco, CA 94117

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kevin M. Hall | | 408 368 9019 | 8/24/2010 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Denise Bernat office Manager | |

| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
|---|---|---|---|
| | 8.31.10 | 10:10 | |

| | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Personally served to Denise Bernat office manager

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Exhibit B

**U.S. Department of Justice**
*United States Marshals Service*

NO. E 386257

**RECEIPT**

1. RECEIVED OF:

Kevin Hall

Northern District of California

| 3. | 2. DATE |
| --- | --- |
| COURT/CASE NUMBER OR PURPOSE OF COLLECTION | 8/27/10 |
| | 4.  AMOUNT |
| CASE # CV10-3799 / CHK # 120 | $ $5.00 |
| | |
| | |
| | |
| | |
| | 5. TOTAL  $   $5.00 |

*(Note: if check is received in mail and is for process, place in USM-286 folder)*

6. RECEIVED BY (U.S. Marshals Service Official)

COPY 1–REMITTER

FORM USM-303 (Rev. 2/92)

Exhibit C

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611049829
Cashier ID: sprinka
Transaction Date: 08/26/2010
Payer Name: KEVIN M HALL
----------------------------------------
CIVIL FILING FEE
For: KEVIN M HALL
Case/Party: D-CAN-3-10-CV-003799-001
Amount:                            $350.00
----------------------------------------
CREDIT CARD
Amt Tendered:                      $350.00
----------------------------------------
Total Due:                         $350.00
Total Tendered:                    $350.00
Change Amt:                          $0.00

EMC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.