ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email: twillis@rjp.com

Attorneys for Defendant
CARLOS A. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN M. HALL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS A. GARCIA, in his official capacity as Superintendent of the San Francisco Unified School District,<br><br>    Defendant. | No.: C 10-03799 RS<br><br>**DECLARATION OF DENISE BERNDT IN SUPPORT OF DEFENDANT'S PRELIMINARY OPPOSITION TO MOTION FOR DEFAULT JUDGMENT** |

## DECLARATION OF DENISE BERNDT

I, Denise Berndt, declare under penalty of perjury that:

1. I am currently the office manager for the Legal Department of the San Francisco Unified School District ('District"). The District's central administrative office is located at 555 Franklin Street, San Francisco, California 94102. The Legal Department, and my office, is located on the Third Floor of the building.

2. On August 31, 2010, I received a copy of the summons and complaint in the above-mentioned case. Someone from the U.S. Marshall's office gave me copies of those documents. The person did not, however, serve any other papers with the summons and complaint. I accepted service of the complaint.

3. On September 9, 2010, plaintiff personally served on me several additional documents that are issued by the Court upon filing a new case, including the Order Setting Initial Case Management Conference. A copy of those documents and plaintiff's certificate of service is attached hereto as Exhibit A. At no time did plaintiff mail the complaint or summons to the District.

I declare under penalty of perjury that the foregoing is true and correct. I have firsthand knowledge of the same, and if called upon to do so, I could and would testify competently thereto.

Executed this 24th day of September, 2010 in San Francisco, California.

*Denise Berndt*
Denise Berndt

(00126895.2)

DECLARATION OF DENISE BERNDT IN SUPPORT OF DEFENDANT'S PRELIMINARY OPPOSITION TO MOTION FOR DEFAULT JUDGMENT – NO.: C 10-03799 RS

1