Kevin M. Hall
4626 17th St.
San Francisco, CA 94117
(408) 368-9019
kevinmichaelhall@gmail.com

**FILED**

2010 SEP 30 A 10: 54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEVIN M. HALL**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS A. GARCIA**, in his official capacity as Superintendent of the San Francisco Unified School District,<br><br>Defendant. | Case No.: C 10-03799 EMC<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on September 30, 2010, I served a copy of **Reply to Defendant's Opposition to Motion for Default Judgment** upon Defendant's counsel via first class United States mail, postage prepaid and addressed to Robin Bradle Johansen, Remcho Johansen & Purcell, 201 Dolores Avenue, San Leandro, CA 94577.

Respectfully submitted,

Kevin M. Hall

*/s/ Kevin M. Hall*

Date: 9/29/2010