ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
KARI KROGSENG, State Bar No. 215263
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email: rjohansen@rjp.com

Attorneys for Defendant
CARLOS A. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN M. HALL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS A. GARCIA, in his official capacity as Superintendent of the San Francisco Unified School District,<br><br>    Defendant. | No.: C 10-03799 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing:<br><br>Date: January 6, 2011<br>Time: 1:30 p.m.<br>Crtrm.: 3<br><br>(The Honorable Richard Seeborg) |

On January 6, 2011, the Court heard defendant's motion for judgment on the pleadings. The Court has considered the motion, plaintiff's opposition thereto, and all of the papers submitted and arguments made in support of and in opposition to the motion for judgment on the pleadings.

The Court finds that in its recent Second Amendment opinions, the Supreme Court has expressly recognized that regulation of firearms in school zones is permissible, and the Superintendent's decision not to grant plaintiff an exemption from state law that prohibits him from openly carrying an unloaded handgun outside his home or vehicle and within 1000 feet of a school does not violate the Second Amendment.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

(1) plaintiff's request for declaratory judgment is denied;

(2) all claims against defendant in his individual capacity are dismissed with prejudice;

(3) the complaint is dismissed with prejudice; and

(4) judgment is entered in favor of defendant.

DATED:

---

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

(00130827.2)