EXHIBIT A

California School Shootings 01/1979 to 06/2009[1]

| Date | School | City | Victims | Assaulters |
|---|---|---|---|---|
| 1/29/79 | Grover Clevland Elementary School | San Diego | 11 | 1 |
| 2/24/84 | Forty-ninth Street Elementary School | Los Angeles | 15 | 1 |
| 9/12/86 | Fairfax High School | Los Angeles | 1 | 2 |
| 9/18/86 | Benicia High School | Benicia | 1 | 1 |
| 10/3/86 | Monrovia High School | Monrovia | 2 | 2 |
| 10/30/86 | Valley High School | La Puente | 1 | 1 |
| 11/10/86 | Several | Laguna Niguel | 2 | 1 |
| 3/30/87 | Panorama Elementary School | Orange | 1 | 1 |
| 10/9/88 | Clayton B. Wire Elementary School | Sacramento | 1 | 1 |
| 1/17/89 | Cleveland Elementary School | Stockton | 36 | 1 |
| 10/5/89 | Loara High School | Anaheim | 1 | 1 |
| 11/22/89 | Channel Islands High School | Oxnard | 1 | 1 |
| 5/4/90 | Mount Pleasant High School | East San Jose | 2 | 1 |
| 4/23/91 | Ralph J. Bunche Middle School | Compton | 1 | 2 |
| 5/21/91 | Robert A. Millikan Junior High School | Sherman Oaks | 1 | 1 |
| 7/22/91 | Westchester High School | Los Angeles | 1 | 1 |
| 7/30/91 | Enterprise Middle School | Compton | 1 | 2 |
| 10/4/91 | Dorsey High School | Los Angeles | 2 | ~12 |
| 10/4/91 | Roosevelt High School | Los Angeles | 0 | ? |
| 5/1/92 | Lindhurst High School | Olivehurst | 13 | 1 |
| 5/14/92 | Silverado Middle School | Napa | 2 | 1 |
| 5/29/92 | Venice High School | Los Angeles | 3 | 4 |
| 6/6/92 | Merced High School | Merced | 1 | 1 |
| 9/28/92 | Hiram Johnson High School | Sacramento | 2 | 3 |
| 9/29/92 | Paramount High School | Paramount | 1 | 1 |
| 1/21/93 | Fairfax High School | Los Angeles | 2 | 1 |
| 2/22/93 | Reseda High School | Los Angeles | 1 | 1 |
| 4/2/93 | Grant High School | Sacramento | 2 | 1 |
| 4/16/93 | Grant High School | Sacramento | 1 | 1 |
| 9/7/93 | Dorsey High School, Los Angeles, California | Los Angeles | 1 | 1 |
| 12/15/93 | Chatsworth High School | San Fernando Valley | 1 | 2 |
| 1/20/94 | Los Altos High School | Hacienda | 1 | ? |

---

[1] Plaintiff does not purport this information to be complete, but effort has been made to be accurate with the given data sets

| Date | School | City | | |
|---|---|---|---|---|
| | | Heights | | |
| 1/27/94 | Washington Elementary School | San Jose | 1 | ? |
| 2/14/94 | Carlmont High School | Belmont | 1 | 1 |
| 4/13/94 | Forty-Ninth Street Elementary School | Los Angeles | 1 | 1 |
| 9/7/94 | Hollywood High School | Los Angeles | 1 | ? |
| 11/5/94 | Thomas Jefferson Elementary School | San Leandro | 1 | 1 |
| 1/23/95 | Sacred Heart Middle School | Redlands | 2 | 1 |
| 2/2/95 | Jordan High School | Long Beach | 2 | 1 |
| 2/8/96 | Mid-Peninsula High School | Palo Alto | 2 | 1 |
| 6/4/96 | West Valley High School | Hemet | 1 | 1 |
| 7/26/96 | John Marshall High School | Los Angeles | 2 | 1 |
| 10/4/96 | St. Bernard High School | Playa del Rey | 2 | 1 |
| 11/27/96 | Highlands High School | Sacramento | 1 | 1 |
| 10/22/97 | John Glenn High School | Norwalk | 2 | 1 |
| 11/13/97 | Creekside Elementary School | Sacramento | 1 | 1 |
| 2/5/98 | Ventura High School | Ventura | 5? | ? |
| 3/25/98 | Fernando Rivera Middle School | Daly City | 1 | 1 |
| 4/22/98 | Culver City High School | Culver City | 2 | 2 |
| 4/28/98 | Philadelphia Elementary School | Pomona | 3 | 1 |
| 5/21/98 | Rialto High School | Rialto | 1 | 1 |
| 5/27/98 | Washington Middle School | Pasadena | 2 | ? |
| 9/9/99 | Santa Teresa High School | San Jose | 1 | 1 |
| 10/21/99 | San Fernando High School | Pacoima | 1 | 1 |
| 1/26/00 | Alicia Reyes Elementary School | Merced | 1 | 1 |
| 5/4/00 | ? | Canoga Park | 2 | 1 |
| 10/23/00 | Western Academy Community Education Center | Los Angeles | 1 | 1 |
| 12/1/00 | Granada Hills High School | Los Angeles | 1 | 1 |
| 12/1/00 | ? | San Diego | 1 | 1 |
| 12/7/00 | Richmond High School | Richmond | 1 | 1 |
| 1/3/01 | Balboa High School | San Francisco | 1 | 1 |
| 1/10/01 | Hueneme High School | Oxnard | 1 | 1 |
| 3/2/01 | Hoover High School | San Diego | 1 | 1 |
| 3/5/01 | Santana High School | Santee | 15 | 1 |
| 3/22/01 | Granite Hills High School | El Cajon | 8 | 1 |
| 7/30/01 | Belmont High School | Los Angeles | 1 | 2 |
| 8/20/01 | 99th Street Elementary School | Los Angeles | 2 | 1 |
| 2/6/02 | Gardena High School | Los Angeles | 2 | 3 |
| 3/20/02 | John Barrett Middle School | Carmichael | 0 | 1 |
| 11/14/02 | Ambler Avenue Elementary School | Los Angeles | 2 | 1 |
| 3/30/03 | Rolling Hills Middle School | Watsonville | 2 | 1 |
| 4/10/03 | Walnut High School | Walnut | 1 | 1 |

Exhibit A of Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings - C-10-3799 RS

2

| Date | School | City | | |
|---|---|---|---|---|
| 9/5/03 | Point Loma High School | San Diego | 2 | 1 |
| 9/9/03 | Taft High School | Woodland Hills | 3 | 2 |
| 9/16/03 | Duke Ellington Continuation High School | South Los Angeles | 1 | 2 |
| 10/1/03 | Rio Cazadero High School | Sacramento | 2 | 1 |
| 10/10/03 | San Fernando Middle School | Los Angeles | 1 | 1 |
| 1/15/04 | Pomona High School | Pomona | 1 | 2 |
| 3/5/04 | ? | Los Angeles | 2 | ? |
| 5/12/04 | East Campus Educational Center | Merced | 2 | 3 |
| 6/9/04 | Castlemont High School | Oakland | 2 | 1 |
| 10/12/04 | Lakewood Elementary School | Sunnyvale | 2 | ? |
| 10/15/04 | Biggs High School | Biggs | 1 | 1 |
| 10/20/04 | Tyrrell Elementary School | Hayward | 1 | ? |
| 8/17/05 | Plantation Elementary School | Bakersfield | 1 | 1 |
| 10/19/05 | San Gorgonio High School | San Bernardino | 1 | 2 |
| 10/27/05 | Birney Elementary School | Fresno | 1 | 1 |
| 12/5/05 | Horizon Continuation School | Anaheim | 1 | 1 |
| 1/23/06 | Will C. Wood High School | Vacaville | 1 | 1 |
| 2/3/06 | Longfellow Elementary School | Compton | 1 | 1 |
| 6/5/06 | Venice High School | Venice | 1 | 1 |
| 11/11/06 | Lionel Wilson College Prep School | Oakland | 2 | 1 |
| 1/9/07 | Ulysses S. Grant High School | Van Nuys | 2 | 1 |
| 3/7/07 | Centennial High School | Compton | 1 | 1 |
| 9/28/07 | Las Plumas High School | Oroville | 0 | 1 |
| 10/8/07 | | Richmond | 1 | 1 |
| 11/5/07 | Monte Vista Middle School | San Jacinto | 1 | 1 |
| 11/7/07 | | Los Angeles | 0 | ? |
| 11/28/07 | | San Pablo | 1 | 1 |
| 12/7/07 | | Bakersfield | 1 | 1 |
| 12/11/07 | | Oakland | 3 | 1 |
| 12/21/07 | Barnard-White Middle School | Union City | 1 | ? |
| 1/18/08 | | Hemet | 1 | 1 |
| 2/6/08 | | Los Angeles | 0 | 1 |
| 2/7/08 | | Los Angeles | 1 | 1 |
| 2/12/08 | E.O. Green School | Oxnard | 1 | 1 |
| 3/11/08 | | Long Beach | 1 | 1 |
| 3/15/08 | | Anaheim | 1 | 1 |
| 3/31/08 | | Hayward Acres | 1 | 1 |
| 4/16/08 | Roosevelt High School | Fresno | 1 | 1 |
| 9/10/08 | | Santa Ana | 1 | 2 |
| 9/15/08 | Mira Loma High School | Sacramento | 1 | 1 |

| Date | School | City | | |
|---|---|---|---|---|
| 9/19/08 | George Washington Preparatory High School | Athens | 2 | 4 |
| 10/29/08 | Willow International Campus Community College | Fresno | 0 | 1 |
| 11/3/08 | Bell High School | Bell | 1 | 1 |
| 11/18/08 | | Ceres | 1 | 1 |
| 11/18/08 | Cole Middle School | Oakland | 0 | 1 |
| 11/30/08 | O.A. Peters Elementary School | Garden Grove | 1 | 1 |
| 12/2/08 | King City High School | King City | 2 | 3 |
| 2/11/08 | | Lynwood | 1 | 2 |
| 2/11/09 | Baker Elementary School | El Monte | 0 | 1 |
| 2/20/09 | John Muir Elementary School | Hayward | 2 | 1 |
| 4/13/09 | Locke High School | Los Angeles | 1 | 1 |
| 6/2/09 | Ina Arbuckle Elementary School | Rubidoux | 1 | 1 |
| 6/15/09 | International Studies Academy High School | San Francisco | 3 | 1 |