EXHIBIT B

California School Shootings Chart 1980-2009



Exhibit B of Plaintiff's Opposition to
Defendant's Motion for Judgment on the
Pleadings - C-10-3799 RS

1