EXHIBIT C

San Francisco Map[1] (Circles indicate 1,000 foot school zone centered over school)



---

[1] Plaintiff does not claim this data is complete, but effort was made to be accurate

Exhibit C of Plaintiff's Opposition to
Defendant's Motion for Judgment on the                1
Pleadings - C-10-3799 RS