KEVIN M. HALL
4626 - 17th Street
San Francisco, CA  94117
Phone:  (408) 368-9019
Email:  kevinmichaelhall@gmail.com

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN M. HALL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARLOS A. GARCIA, in his official capacity as Superintendent of the San Francisco Unified School District,<br><br>　　　　Defendant. | No.:  C 10-03799 RS<br><br>DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS<br><br>(The Honorable Richard Seeborg) |

　　　　Plaintiff certifies that no such Non-Party Entities, or Persons, including any persons, associations or persons, firms, partnerships, corporations, (including parent corporations), or other entities is known to Plaintiff other than that of the names parties to the action have either: (i) a financial interest (of any kind) in the subjects matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceedings.

Dated:  December 30, 2010

　　　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　　Kevin M. Hall

　　　　　　　　　　　　　　　　　　In Pro Per

DISCLOSURE OF NON-PARTY INTERESTED　　　1
ENTITIES OR PERSONS – NO.: C 10-03799 RS