1 | ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
2 | KARI KROGSENG, State Bar No. 215263
REMCHO, JOHANSEN & PURCELL, LLP
3 | 201 Dolores Avenue
San Leandro, CA  94577
4 | Phone:  (510) 346-6200
Fax:  (510) 346-6201
5 | Email:  rjohansen@rjp.com

6 | Attorneys for Defendant
CARLOS A. GARCIA

7

8 | KEVIN M. HALL
4626 17th Street
San Francisco, CA  94117
9 | Phone:  (408) 368-9019
Email:  kevinmichaelhall@gmail.com

10

11 | In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KEVIN M. HALL, an individual, | ) | No.:  C 10-03799 RS |
| | ) | |
| Plaintiff, | ) | **RULE 26(F) REPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| CARLOS A. GARCIA, in his official capacity as | ) | |
| Superintendent of the San Francisco Unified | ) | |
| School District, | ) | |
| | ) | |
| Defendant. | ) | |

RULE 26(F) REPORT – NO.: C 10-03799 RS

1        Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties to this action

2 submit this report setting forth a discovery plan.  The parties have met and conferred in compliance

3 with Rule 26(f).

4 **1.       Initial Disclosures**

5        The parties will serve their initial disclosures on the day this report is due.  They have

6 further agreed not to produce actual documents at this time but rather to identify any relevant

7 documents by categories.  The parties have agreed to a stay of all discovery until the Court issues a

8 ruling on defendant's motion for judgment on the pleadings, which is scheduled for hearing on

9 January 6, 2011.  The parties have further agreed that if the Court denies the motion for judgment on

10 the pleadings, they will produce documents identified in the initial disclosures 30 days after the Court

11 issues its order.

12 **2.       Subjects and Timing of Discovery**

13        The parties have not taken any discovery to date and have agreed to stay all discovery

14 until defendant's motion for judgment on the pleadings has been ruled on by the Court.  The parties

15 anticipate that if the motion for judgment on the pleadings is denied, there will be only limited

16 discovery taken.

17        Plaintiff has indicated he will serve discovery requests regarding the Superintendent's

18 process for handling requests under Penal Code section 626.9, his understanding of what purpose the

19 school zone serves and his response to gun violence in or around the schools, and documents related to

20 these topics.  Defendants anticipate taking discovery regarding plaintiff's purported need for an

21 exemption under Penal Code section 626.9.

22        The parties agree to the following discovery deadlines, assuming the Court rules on the

23 motion for judgment on the pleadings by January 31, 2011.  The parties reserve their right to propose

24 alternative dates if resolution of the motion takes longer than that.

25            a.       Discovery may be conducted February 1 through May 31, 2011;

26            b.       Discovery cut-off will be June 1, 2011;

27            c.       Deadline to designate any expert witnesses: June 16, 2011;

28            d.       Dispositive motions to be filed by September 1, 2011.

RULE 26(F) REPORT – NO.: C 10-03799 RS                1

1    The parties believe that because discovery will be limited, there is no need to conduct it

2 in phases.

3  **3.     Disclosures or discovery of electronically stored information**

4    SFUSD has taken steps to preserve any electronic information that relates to the

5 plaintiff's request, and that is identified in defendant's initial disclosures.

6  **4.     Claims of privilege**

7    The parties agree that if either party inadvertently produces otherwise privileged

8 material, the other party will not claim that the production itself waived the privilege.

9  **5.     Limitations of discovery**

10    As set forth above, the parties have agreed to stay discovery until the Court rules on

11 defendant's motion for judgment on the pleadings.  The parties do not anticipate the need for further

12 restrictions of discovery at this time.

13  **6.     Any other orders**

14    The parties have not agreed to any further orders with respect to discovery.

15

16 Dated:  December 30, 2010                      Respectfully submitted,

17                                               REMCHO, JOHANSEN & PURCELL, LLP

18

19                                               By:  _____/s/_____
20                                                     Robin B. Johansen

21                                               Attorneys for Defendant Carlos A. Garcia

22

23 Dated:  December 30, 2010

24

25                                               By:  _____/s/_____
                                                      Kevin M. Hall
26
                                                 In Pro Per
27 (00134372)

28

RULE 26(F) REPORT – NO.: C 10-03799 RS          2