KEVIN M. HALL
4626 17th Street
San Francisco, CA  94117
Phone:  (408) 368-9019
Email:  kevinmichaelhall@gmail.com

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN M. HALL, an individual, | No.: C 10-03799 RS |
| Plaintiff, | STATEMENT OF RECENT DECISION |
| vs. | Hearing: |
| CARLOS A. GARCIA, in his official capacity as Superintendent of the San Francisco Unified School District, | Date:   January 6, 2011<br>Time:   1:30 p.m.<br>Crtrm.:  3 |
| Defendant. | (The Honorable Richard Seeborg) |

Pursuant to Civil Local Rule 7-3(d), Plaintiff Kevin M. Hall files this Statement of Recent Decision of *United States v. Chester,* No. 09-4084 (4th Cir. Dec. 30, 2010). A copy of the opinion is attached.

Dated:  January 3, 2011

By: _____/s/_____
Kevin M. Hall

In Pro Per

STATEMENT OF RECENT DECISION -          1
NO.: C 10-03799 RS