*E-Filed 1/3/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN M HALL,                                                No. C 10-03799 RS

       Plaintiff,

  v.                                                                **CLERK'S NOTICE**

CARLOS A GARICA,

       Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference in the instant case scheduled on January 6, 2011 at 10:00 a.m. shall be continued to **1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The issues raised in the parties' Joint Case Management Statement shall be discussed in conjunction with the motion hearing scheduled that afternoon.

Dated: 1/3/2011                               For the Court,
                                              RICHARD W. WIEKING, Clerk

                                              By:  /s/ Corinne Lew
                                              Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Kevin Michael Hall
4626 17th St.
San Francisco, CA 94117

DATED: 1/3/2011

/s/ Chambers Staff
Chambers of Judge Richard Seeborg