UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 1/6/11            Time in Court: **25 min.**

**Case No.:** C 10-03799 RS

**Case Title:** Hall v. Garcia

**Appearances:**

     For Plaintiff(s): Kevin Hall

     For Defendant(s:) Robin Johansen

**Deputy Clerk:** Corinne Lew         **Court Reporter:** Belle Ball

### PROCEEDINGS

Defendant's Motion for Summary Judgment Held.

### SUMMARY

Case Management Conference was not held and will be set at a later date.

MOTION/MATTER:   ( ) Granted
                    ( ) Denied request for Preliminary Injunction.
                    ( ) Granted in part/Denied in part
                    **(X) Taken under submission**
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **(X) Court**