*E-Filed 1/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN M. HALL,

    Plaintiff,

v.

CARLOS A. GARCIA,

    Defendant.

No. C 10-03799 RS

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

On September 22, 2010 plaintiff Kevin M. Hall filed a motion for default judgment, alleging that defendant Carlos A. Garcia had failed to respond to his complaint within 21 days of service of the complaint. Defendant filed an opposition to the motion for default judgment contending that service was not completed until September 9, 2010. Furthermore, he had made an appearance in the case by filing a motion for extension of time to answer prior to plaintiff's request for default judgment. As defendant also filed an answer to the complaint on September 24, 2010 and parties are engaged in this action on the merits, the motion for default judgment is denied.

IT IS SO ORDERED.

Dated: 1/7/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-03799 RS
ORDER DENYING MOTION FOR DEFAULT JUDGMENT

1  **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2  **Kevin M. Hall**
3  4626 17th Street
   San Francisco, CA 94117

5  DATED: 1/7/11    /s/ Chambers Staff
6                   Chambers of Judge Richard Seeborg

No. C 10-03799 RS
ORDER DENYING MOTION FOR DEFAULT JUDGMENT

2