*E-Filed 3/17/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN M. HALL,

    Plaintiff,

v.

CARLOS A. GARCIA, in his official capacity as Superintendent of the San Francisco Unified School District,

    Defendant.

No. C 10-03799 RS

**JUDGMENT**

Pursuant to the Order entered today granting defendant's motion for judgment on the pleadings, the Court enters Judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

Dated: 3/17/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE